**Fill in this information to identify the case:**

Debtor    DON K JURAVIN

United States Bankruptcy Court for the:  MIDDLE    District of  FLORIDA
                                                             (State)

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

IRS

Internal Revenue Service
P.O. Box 7346, Philadelphia PA 19101-7346.

As of the petition filing date, the claim is:   $ ~$17000     $ ~17000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8A )

| Debtor | DON K JURAVIN | |
|---|---|---|
| | Name | |
| | Case number *(if known)* | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.__**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.__**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | DON K JURAVIN | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td colspan="2"></td><td>Amount of claim</td></tr>
<tr>
<td>3.1</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>AMEX<br><br>AMERICAN EXPRESS<br><br>P.O. Box 981535, El Paso, TX 79998</td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: CREDIT CARD</td>
<td>$ 151,144.06</td>
</tr>
<tr>
<td></td>
<td><b>Date or dates debt was incurred</b> _____<br><b>Last 4 digits of account number</b> __ __ __ __</td>
<td><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td></td>
</tr>
<tr>
<td>3.2</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>KARAN AURORA<br><br>5337 SW 183rd Ave.<br><br>Miramar.  Fl 33029</td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____</td>
<td>$ 200,000</td>
</tr>
<tr>
<td></td>
<td><b>Date or dates debt was incurred</b> _____<br><b>Last 4 digits of account number</b> __ __ __ __</td>
<td><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td></td>
</tr>
<tr>
<td>3.3</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>FTC<br><br>600 Pennsylvania Avenue, NW<br><br>Washington, DC 20580</td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: JUDGMENT</td>
<td>$ 25,000,000</td>
</tr>
<tr>
<td></td>
<td><b>Date or dates debt was incurred</b> _____<br><b>Last 4 digits of account number</b> __ __ __ __</td>
<td><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td></td>
</tr>
<tr>
<td>3.4</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>–  Mercedes-Benz Financial Services USA LLC c/o BK Servicing, LLC<br><br>PO Box 131265<br><br>Roseville, MN  55113-0011</td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: AUTO LOAN</td>
<td>$ 29123.87</td>
</tr>
<tr>
<td></td>
<td><b>Date or dates debt was incurred</b> _____<br><b>Last 4 digits of account number</b> __ __ __ __</td>
<td><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td></td>
</tr>
<tr>
<td>3.5</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>NATURAL VITAMIN _<br><br>12815 NW 45th Ave #4, Opa-locka, FL 33054</td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____</td>
<td>$ 423,000</td>
</tr>
<tr>
<td></td>
<td><b>Date or dates debt was incurred</b> _____<br><b>Last 4 digits of account number</b> __ __ __ __</td>
<td><b>Is the claim subject to offset?</b><br>☐ No<br>☐ Yes</td>
<td></td>
</tr>
<tr>
<td>3.6</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>EDATA (ADAM ELISHA)<br><br>433 N. Camden Dr., 4th Floor<br><br>Beverly Hills, CA 90210</td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: VENDOR</td>
<td>$ 32,000</td>
</tr>
<tr>
<td></td>
<td><b>Date or dates debt was incurred</b> _____<br><b>Last 4 digits of account number</b> __ __ __ __</td>
<td><b>Is the claim subject to offset?</b><br>☐ No<br>☐ Yes</td>
<td></td>
</tr>
</table>

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

—

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

—

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: ___LOAN_____

$ _____

Date or dates debt was incurred          _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number          __ __ __ __

---

**3.___**  Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred          _____

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Last 4 digits of account number          __ __ __ __

Debtor _____    Case number _(if known)_ _____
      DON K JURAVIN
    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor ___DON K JURAVIN_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | DON K JURAVIN | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 17,000 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 25,835,267.93 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 25,852,267.93 |