**Fill in this information to identify the case:**

Debtor name __MUST CURE OBESITY, CO.__

United States Bankruptcy Court for the: __MIDDLE__ District of __FLORIDA__
(State)

Case number (If known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MERCEDES BENZ |
| | State the term remaining | |
| | List the contract number of any government contract | |
| | | Party: DON K JURAVIN |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor  MUST CURE OBESITY, CO.  Case number (*if known*)_____
        Name

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      _____   _____
      **State the term remaining**
      **List the contract number of any government contract**

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      **State the term remaining**
      **List the contract number of any government contract**

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      **State the term remaining**
      **List the contract number of any government contract**

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      **State the term remaining**
      **List the contract number of any government contract**

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      **State the term remaining**
      **List the contract number of any government contract**

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      **State the term remaining**
      **List the contract number of any government contract**

2.__  **State what the contract or lease is for and the nature of the debtor's interest**
      **State the term remaining**
      **List the contract number of any government contract**

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 2 of 2