**Fill in this information to identify the case:**

Debtor name: MUST CURE OBESITY, CO.

United States Bankruptcy Court for the: MIDDLE District of FLORIDA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | DON K JURAVIN | 15118 Pendio Dr. (Street) / Bella Collina, Florida 34756 (City, State, ZIP Code) | MERCEDES BENZ | ☒ D ☒ E/F ☒ G |
| 2.2 | | (Street) / (City, State, ZIP Code) | | ☐ D ☐ E/F ☐ G |
| 2.3 | | (Street) / (City, State, ZIP Code) | | ☐ D ☐ E/F ☐ G |
| 2.4 | | (Street) / (City, State, ZIP Code) | | ☐ D ☐ E/F ☐ G |
| 2.5 | | (Street) / (City, State, ZIP Code) | | ☐ D ☐ E/F ☐ G |
| 2.6 | | (Street) / (City, State, ZIP Code) | | ☐ D ☐ E/F ☐ G |

Debtor _____MUST CURE OBESITY, CO._____   Case number (*if known*)_____
          *Name*

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |
| 2.___ _____ | Street _____ / _____ / City  State  ZIP Code | _____ | ❑ D  ❑ E/F  ❑ G |