UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE MUST CURE OBESITY                    CASE NO.: 6:20-bk-01801-KSJ
Debtor                                                             Chapter: 11

## DISCLOSURE OF COMPENSATION OF PRINCIPAL

Debtor, through undersigned counsel, files this Disclosure of Compensation for the Principal, Don Juravin (Form D) as attached.

Respectfully submitted,

/s/ Amber Robinson

_____
Amber Robinson
Robinson Law Office PLLC
695 Central Ave Ste. 264
Saint Petersburg, FL 33701
arobinson@arobinsonlawfirm.com
8136132400 (phone)
7273621979 (fax)
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via the e-filing portal and by mail to the parties on the service list by April 1, 2020.

Respectfully submitted,

/s/ Amber Robinson

_____
Amber Robinson
Robinson Law Office PLLC
695 Central Ave Ste. 264
Saint Petersburg, FL 33701
arobinson@arobinsonlawfirm.com
8136132400 (phone)
7273621979 (fax)
Attorney for Debtor

**FORM B**
**DISCLOSURE OF COMPENSATION OF**
**PRINCIPAL, OFFICER, DIRECTOR OR INSIDER**

Name: Don Juravin             Capacity:    X   Principal
                                           __  Officer
                                           __  Director
                                           __  Insider

**Detailed Description of Duties:**
Don Juravin fosters and maintains the contractual relationship with UMGI which provides the bulk of Must Cure Obesity's revenue. Don Juravin is creating an advanced weight analysis tool He is also working to secure additional contracts for application development. Juravin will also render any other functions as requested by the Debtor or his Counsel to assist the Debtor in this Chapter 11 case.

| | | | |
|---|---|---|---|
| **Current Compensation Paid:** | Weekly | or | Monthly $16,000 |
| **Current Benefits Received:** | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| **CURRENT TOTAL:** | Weekly | or | Monthly 16,000 |

**Prior Annual Salary Total:**    $ 48,000

Dated: 4/1/2020

                                         _DJM_ (signature)
                                         Principal, Officer, Director, Insider