IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              Chapter 11

MUST CURE OBESITY, LLC                              Case No. 6:20-bk-01801-KSJ

Debtor.

_____/

**DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE**

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to Bankruptcy Code section 1112(b), stating as follows:

1) The above-titled case was commenced by the filing of a voluntary petition under chapter 11 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

2) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

3) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

4) Debtor seeks dismissal of this case for the following reasons:

    (a) On February 1, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code. The Debtor is operating its business as a debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request for the appointment of a trustee or an examiner has been made in the Case, and no committee has been appointed or designated.

    (b) The Debtor no longer maintains active business operations and has only operated its business for the purpose of maximizing the value of the Debtor's assets,

resolving certain claims and winding down its affairs for the benefit of the Debtor's creditors. The Debtors' remaining assets include potential causes of action. The Debtor has determined that the best interest of all creditors will best be served by converting the Chapter 11 Case to a case under Chapter 7 of the Bankruptcy Code so that a Chapter 7 trustee may investigate and pursue those causes of actions to maximize recoveries while reducing the continuing costs of the administration of the estate. The Debtors have sold substantially all of their assets, have no operating business to save and cannot propose a feasible plan of reorganization.

Respectfully submitted,

*/s/ Amber Robinson*

_____

Amber Robinson, Esq.
Fla. Bar No. 0107215
Attorney for Debtor
Robinson Law Office PLLC
695 Central Ave Ste. 264
St. Petersburg, FL 33701
(813) 613-2400
arobinson@arobinsonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished to all of the parties on the service list.

The Debtor thus respectfully requests to voluntarily dismiss the above-styled case.

Respectfully submitted,



Amber Robinson, Esq.
Fla. Bar No. 0107215
Attorney for Debtor
Robinson Law Office PLLC
695 Central Ave Ste. 264
St. Petersburg, FL 33701
(813) 613-2400
 arobinson@arobinsonlawfirm.com