[jiffyord] [Bench Order +]

ORDERED.

Dated: **May 27, 2020**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Must Cure Obesity, Co.

_____Debtor*_____/

Case No. 6:20–bk–01801–KSJ
Chapter 11

**ORDER GRANTING MOTION TO DISMISS OR CONVERT CASE**

THIS CASE came on for hearing on  May 27, 2020 , for consideration of the **Motion to Dismiss or Convert Case** (Doc. **32** ), filed by **Debtor Must Cure Obesity, Co.** .

For the reasons stated orally and recorded in open court, the Motion to Dismiss or Convert Case is Granted .

The Court finds it is in the best interest of creditors to convert this case to Chapter 7. The Clerk is directed to convert this case to Chapter 7 and to inquire with the Office of the United States Trustee whether they would like to specially select a Chapter 7 Trustee.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Amber Robinson is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.