UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

In re:

MUST CURE OBESITY                             Case No.    6:20-bk-1801

Debtor

_____/                Ch. 7

**MOTION TO WITHDRAW AS DEBTOR'S COUNSEL FOR RECORD**

**NOTICE AND OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W Washington St, Orlando, FL 32801 and serve a copy on the movant's attorney, Amber Robinson, Robinson Law Office PLLC, 695 Central Ave Ste. 264, St. Petersburg, FL 33701, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Amber Robinson, Counsel of Record for the Debtor Must Cure Obesity, requests approval to withdraw as counsel of record, stating as follows:

Counsel seeks to withdraw as counsel of record pursuant to Local Rule 2091-2 due to irreconcilable differences with the Debtor's principal at this stage of the bankruptcy. Counsel and Debtor's

1

principal are in agreement regarding Counsel's request to withdraw.

WHEREFORE, Debtor, through undersigned counsel, respectfully moves to withdraw as Counsel of Record.

Dated: August 26, 2020

Respectfully submitted,

Debtor's Counsel
Robinson Law Office PLLC
695 Central Ave Ste 264
St. Petersburg, FL 33701
Phone: 8136132400
Fax: 7273621979
E-mail: arobinson@arobinsonlawfirm.com
Florida Bar #:  0107215

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on August 26, 2020 to:

MUST CURE OBESITY
5039 Central Ave
St. Petersburg, FL 33710

AMERICAN EXPRESS
P.O. Box 981535,
El Paso, TX 79998

FTC
600 Pennsylvania Avenue, NW
Washington, DC 20580

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN  55113-0011

EDATA (ADAM ELISHA)
433 N Camden Dr, 4th Floor
Beverly Hills, CA 90210

NATURAL VITAMIN
12815 NW 45th Ave #4,
Opa-locka, FL 33054

DON JURAVIN
11518 Pendio Drive
Montverde, FL 34756
Don@juravin.com

MIKE NARDELLA, ESQ.
OBO KARAN AURORA
135 West Central Blvd.,Suite 300,
Orlando, Florida 32801
mnardella@nardellalaw.com

Respectfully submitted,

*/s/ Amber Robinson*

Debtor's Counsel
Robinson Law Office PLLC
695 Central Ave Ste 264
St. Petersburg, FL 33701
Phone: 8136132400
Fax: 7273621979
E-mail: arobinson@arobinsonlawfirm.com
Florida Bar #:  0107215