ORDERED.

Dated:  September 17, 2020

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| MUST CURE OBESITY, ) | Case No. 6:20-bk-01801-KSJ |
| ) | Chapter 7 |
| Debtor. ) | Previously Chapter 11 |
| ) | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(No Hearing)

THIS CASE came on for consideration, without hearing, on the Motion to Withdraw as Counsel for Must Cure Obesity (the "Motion") (Doc. No. 42) filed pursuant to the negative notice provisions of Local Rule 2002-4.  The Court considers the Motion uncontested because no party filed an objection.  Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 42) is **GRANTED**.

2. Amber Robinson of Robinson Law Office PLLC is relieved of further responsibility in this case as counsel for Must Cure Obesity.

1

3. Parties should serve all future correspondence and pleadings on Don Juravin at this address: 11518 Pendio Drive, Montverde, FL 34756.

Attorney Amber Robinson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.