```
                          United States Bankruptcy Court
                            Middle District of Florida
In re:                                                            Case No. 20-01801-KSJ
Must Cure Obesity, Co.                                            Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: lscott              Page 1 of 1              Date Rcvd: Sep 18, 2020
                              Form ID: pdfdoc3          Total Noticed: 3
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db             +Must Cure Obesity, Co.,    5039 Central Ave,    St. Petersburg, FL 33710-8240
cr              Karan Arora,    12815 NW 45th Avenue,    Opa Locka, FL   33054-5100
cr           ++++NATURAL VITAMINS LABORATORY CORPORATION,    12845 NW 45TH AVE,    OPA LOCKA FL   33054-5119
                (address filed with court:   Natural Vitamins Laboratory Corporation,    12815 NW 45th Avenue,
                  Opa Locka, FL   33054-5100)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Amber C Robinson    on behalf of Debtor    Must Cure Obesity, Co. arobinson@arobinsonlawfirm.com
              Dennis D Kennedy     trustee@ddkennedy.com,
               dkennedy@iq7technology.com;ecf.alert+Kennedy@titlexi.com
              Michael A Nardella    on behalf of Creditor Karan  Arora mnardella@nardellalaw.com,
               service@nardellalaw.com;9085@notices.nextchapterbk.com
              Michael A Nardella    on behalf of Creditor    Natural Vitamins Laboratory Corporation
               mnardella@nardellalaw.com,    service@nardellalaw.com;9085@notices.nextchapterbk.com
              Miriam G Suarez    on behalf of U.S. Trustee    United States Trustee - ORL, 11
               Miriam.G.Suarez@usdoj.gov
              Nicole  Peair    Nicole.W.Peair@USdoj.gov
              United States Trustee - ORL, 11    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

ORDERED.

Dated: **September 17, 2020**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| In re | ) | |
|---|---|---|
| | ) | |
| MUST CURE OBESITY, | ) | Case No. 6:20-bk-01801-KSJ |
| | ) | Chapter 7 |
| Debtor. | ) | Previously Chapter 11 |
| | ) | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
### (No Hearing)

THIS CASE came on for consideration, without hearing, on the Motion to Withdraw as Counsel for Must Cure Obesity (the "Motion") (Doc. No. 42) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court considers the Motion uncontested because no party filed an objection. Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 42) is **GRANTED**.

2. Amber Robinson of Robinson Law Office PLLC is relieved of further responsibility in this case as counsel for Must Cure Obesity.

1

3.       Parties should serve all future correspondence and pleadings on Don Juravin at this address: 11518 Pendio Drive, Montverde, FL 34756.

Attorney Amber Robinson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.