ORDERED.

Dated: **November 19, 2020**

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:18-bk-06821-KSJ |
| | Chapter 7 |
| DON KARL JURAVIN, | |
| Debtor. | |
| _____/ | |
| | |
| MUST CURE OBESITY, CO., | Case No. 6:20-bk-01801-KSJ |
| | Chapter 7 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING CREDITOR, BELLA COLLINA PROPERTY OWNER'S ASSOCIATION, INC.'S MOTION FOR JOINT ADMINISTRATION**

THIS CASE came before the Court on November 17, 2020, for consideration of the Creditor's, Bella Collina Property Owner's Association, Inc. ("Creditor"), Motion for Joint Administration [Doc. No. 399] (the "Motion") filed in the following Chapter 7 cases In re: Don Karl Juravin, Case No. 6:18-bk-06821-KSJ and In re: Must Cure Obesity Co., Case No. 6:18-bk-01801-KSJ (collectively, the "Bankruptcy Cases"). The Court hereby grants the Motion and accordingly, it is

**ORDERED:**

1. The Motion [Doc. No.399] is Granted.

2. The Bankruptcy Cases shall be jointly administered and In re: Don Karl Juravin, Case No. 6:18-bk-06821-KSJ is designated as the "Lead Case."

3. The Clerk of Court shall maintain a single case docket using the Lead Case number.

4. The Clerk of Court shall maintain separate claims registers and ballot files (if separate plans are filed) for each of the Bankruptcy Cases.

5. Except as otherwise set forth below, all papers including, without limitation, motions, applications, notices, monthly operating reports, and orders shall be filed in the Lead Case and shall bear the following joint administration caption:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| In re: | Chapter 7 |
|---|---|
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-KSJ |
| Debtor. | Case No. 6:20-bk-01801-KSJ |
| _____/ | *Jointly Administered with* Case No. 6:18-bk-06821-KSJ |

6. The Clerk of Court shall docket this Order in each of the Bankruptcy Cases and give notice to all CM/ECF filers and PACER users that all future filings shall be filed and docketed in the Lead Case.

7. The following papers shall be filed in the separate Bankruptcy Cases, captioned with the name and case number for that particular case:

    (a) List of creditors pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure;

(b)     Schedules and statements of financial affairs (and any amendments thereto);

(c)     Claims (and any objections to claims and notices relating to transfers of claims);

(d)     Ballots (if separate plans are filed); and

(e)     Motions for final decree.

8.      If applicable, each of the jointly administered Debtors shall file separate monthly operating reports to be docketed in the Lead Case.

9.      Papers and orders that pertain to one or more **specific** Debtor(s) shall be filed in the Lead Case; however, the caption of the paper or order shall designate the specific Debtor(s) to which the paper or order applies. The caption of the paper and or order shall be in the following form:

[space left intentionally blank, see caption on next page]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-KSJ |
| Debtor. | Case No. 6:20-bk-01801-KSJ |
| _____/ | *Jointly Administered with* Case No. 6:18-bk-06821-KSJ |
| [Name of Specific Debtor] [Case Number] | |
| Applicable Debtor. _____/ | |

10. Debtors in possession, or if applicable, trustees, shall not commingle assets or liabilities unless and until the Court determines, after notice and hearing, that grounds exist to order substantive consolidation of the Bankruptcy Cases.

11. If creditors are added to the matrices of the administratively consolidated Debtors, counsel for the Debtors shall serve this Order on all added creditors and file proof of such service in the Lead Case.

### 

William C. Matthews, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

4